UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CR-20055-HUCK/OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MANWELL ANTWAN DAVIS,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON CHANGE OF PLEA

THIS CAUSE came before the Court upon the Defendant's request to enter a plea of guilty before the Magistrate Judge.

THIS MATTER was referred to U.S. Magistrate Judge Alicia M. Otazo-Reyes on March 1, 2017 [ECF No. 27]. A Report and Recommendation [ECF No. 30] from March 23, 2017, recommended that the Defendant's plea of guilty be accepted. The Defendant and the U.S. Government were afforded the opportunity to file objections to the Report and Recommendation. No objections have been filed. The Court has conducted a *de novo* review of the entire file. Accordingly, it is

ORDERED AND ADJUDGED that the Report and Recommendation **[ECF No. 30]** of U.S. Magistrate Judge Alicia M. Otazo-Reyes is hereby adopted and approved in its entirety. The **Defendant Manwell Antwan Davis** is adjudged guilty as to the offenses charged in Count 1 of the Indictment.

DONE AND ORDERED in chambers in Miami, Florida, this 6th day of April, 2017.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: All counsel of record